919 A.2d 228

Robert Anthony LEGRANDE, Appellee,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF COR-RECTIONS, SCI Laurel Highlands Records Supervisor Rhonda J. Stairs, Pennsylvania Board of Probation and Parole, Appel-lant.

Supreme Court of Pennsylvania.

April 17, 2007.

## *ORDER*

PER CURIAM.

The motion to consolidate with *Griffin v. Department of Corrections,* 590 Pa. 651, 915 A.2d 639 (2007), is denied. The Order of the Commonwealth Court granting mandamus relief is affirmed.

Justice FITZGERALD did not participate in the consideration or decision of this case.